

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00074-CV

Nueces County, Texas, Nueces County Hospital District, Del Mar Public Junior College District, City of Corpus Christi, and Port Aransas Independent School District

v.

Sundial Owner's Association, Inc.

On appeal from the
105th District Court of Nueces County, Texas
Trial Cause No. 2016DCV-0484-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 21, 2019